BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DUMITRU MARTIN,<br><br>　　　　　　　　Defendant. | CASE NO.  2:15-MJ-220 CKD<br><br>[PROPOSED] ORDER GRANTING THE UNITED STATES'S APPLICATION FOR STAY OF MAGISTRATE COURT'S RELEASE ORDER |
|---|---|

This matter came before the Court on the United States's Application for a Stay of the Court's December 14, 2015 order releasing defendant Dumitru Martin ("Release Order") until a motion to revoke the Release Order can be filed and heard by the appropriate District Judge [Dckt. No. 12]. Defendant does not oppose the requested stay.  Accordingly, the Court hereby STAYS the Release Order until such time as an order is entered with respect to a motion by the United States to revoke the Release Order.

　　　　IT IS SO ORDERED.

Dated:  December 15, 2015

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　HONORABLE ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER RE: STAY OF RELEASE ORDER

1