John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DUMITRU MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-CR-0235-TLN |
| Plaintiff, | **ORDER REGARDING DEFENDANT'S MEDICAL CARE** |
| v. | |
| DUMITRU MARTIN, | Hon. Troy L. Nunley |
| Defendant. | |

Defendant, DUMITRU MARTIN, through his attorney, John Balazs, hereby applies for an order that he be seen by a cardiologist as soon as possible.  In support of this application, Mr. Martin avers as follows:

1. At the hearing on the government's motion to revoke the release order on January 7, 2016, the Court ordered Mr. Martin detained and informed his defense counsel that "in regards to his health, counsel, if the defendant is not receiving adequate attention, his health issues are not being met while he's in custody of the United States Marshals and by extension the Sacramento County Jail, I expect you to bring it to my attention, and I will make any and all appropriate orders."  Reporter's Transcript, 1/7/16 hearing, at 25.  At that hearing, defense counsel informed the court that Mr. Martin has a history of serious heart conditions, including a heart attack in 2002, and has recently experienced heart pounding at night and swelling and

discoloration in both his ankles, which may be a sign that blood is not adequately circulating through his body and could result in more serious life-threatening conditions.

2. Before the January 7, 2016 hearing, counsel had reported Mr. Martin's heart ailments and provided medical records to the Sacramento County jail medical staff. On January 15, 2016, counsel was advised by the jail staff that Mr. Martin had been seen by a doctor and is on the waiting list to see a cardiologist. The jail staff reported that it can be difficult to schedule an appointment with a cardiologist at a hospital and that Mr. Martin would have to be transported in custody by either Sacrament County Sheriff's Deputies or Deputy U.S. Marshals for the appointment. As a result, staff was unable to advise Mr. Martin's counsel how long it would be before Mr. Martin is seen by a cardiologist concerning his heart condition and recent symptoms. Through counsel, Mr. Martin has provided his medical insurance card to jail medical staff and has agreed to pay for medical care through his medical insurance. While Mr. Martin has been seen by nurses and generalist doctors at the jail, counsel observed at a 1/27/16 jail visit that Mr. Martin continues to have the same swelling and discoloration in his ankles. Mr. Martin reports that he is still on the waiting list and has not been seen by a cardiologist.

3. For these reasons, Mr. Martin applies for an order from the Court that the Sacramento County jail and U.S. Marshal's Office arrange for him to be examined as soon as possible by a cardiologist and transport him as needed.

Respectfully submitted,

Dated:   January 29, 2016

 /s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
DUMITRU MARTIN

**ORDER**

For good cause and the reasons set forth above, IT IS HEREBY ORDERED that the Sacramento County Jail and U.S. Marshal's office staff arrange for, and transport as necessary, defendant Dumitru Martin to be examined by a cardiologist as soon as possible.

Dated: February 2, 2016

                                        Troy L. Nunley
                                        United States District Judge