PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-235 TLN |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER |
| v. | |
| DUMITRU MARTIN, *et al*. | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Dumitru Martin, Constantin Schiller, and Marcelle Banaga, by and through their counsel of record, hereby stipulate and jointly request the Court entered the following protective order ("Order"):

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2.  The discovery produced or to be produced by the United States in this case includes materials that contain financial or personal matters with respect to one or more defendants as well as information about confidential human sources of the Federal Bureau of Investigation.

3.  The parties and their counsel of record shall not provide or disclose any of the discovery in this case, including the contents thereof, to any person other than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, investigators, and translator or interpreters, involved in the

representation of their clients, as well as the Court and its staff and personnel.

4.     The discovery and information contained therein may only be used in connection with the litigation of this case and for no other purpose.  At the conclusion of the case, including after any appeal or collateral attack, including a motion under 28 U.S.C. § 2255 or § 2241, is decided, counsel for defendants will either return to the United States all discovery, including any copies provided to the defendant, or certify that it has been shredded or otherwise destroyed at the conclusion of the case.

5.     Counsel for the defense will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this stipulation and order.

6.     If counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), counsel shall provide such recipients with copies of this Order and advise that person that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, that it must be maintained in a secure location, and that an unauthorized use, disclosure, or dissemination of the discovery may constitute a violation of law and/or contempt of court.

7.     In the event that any of the defendants obtain new or additional counsel, current counsel for that defendant will withhold the discovery from new or additional counsel unless and until the new or additional counsel agrees to be bound by this Stipulation and Order.

8.     Counsel for the defense shall be responsible for advising the defendants and other members of the defense team of the contents of this Stipulation and Order.

9.     The parties are permitted to prepare transcripts or summaries of the discovery.  Any such derivative products of the discovery will be subject to the terms of this Stipulation and Order, except that, to the extent such summaries or transcripts are considered to be the work product of any defense counsel, such work product does not need to be returned to the United States at the conclusion of the case but shall remain in the possession of the counsel who asserts work product.

10.    Nothing in this Stipulation and Order precludes or prevents any party from using any discovery in furtherance of this case, including seeking to admit any of the documents as evidence at trial or in other hearings, or filing with the Court any documents in relation to any motion or other matter submitted to the Court.  In the event that any party intends to file on the public docket any of the

items contained in discovery, that party shall notify all other parties in advance to permit the other parties the opportunity to determine whether they will request the documents be filed under seal. Further, all parties shall ensure that they comply with the Court's Local Rules regarding redaction of personally identifying information.

IT IS SO STIPULATED.

Dated: July 29, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*Todd A. Pickles*
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys

s
Dated: July 29, 2016

*/s/ William Portanova*
WILLIAM PORTANOVA, Esq.
Counsel for Defendant
Dumitru Martin

Dated: July 29, 2016

*/s/ John Balazs, by WJP*
JOHN BALAZS, Esq.
Counsel for Defendant
Dumitru Martin

Dated: July 29, 2016

*Todd A. Pickles for Richard Dudek*
RICHARD DUDEK, Esq.
Counsel for Defendant
Constantin Schiller

Dated: July 29, 2016

*Todd A. Pickles for Alin Cintean*
ALIN CINTEAN, Esq.
Counsel for Defendant
Marcelle Banaga

1 **FINDINGS AND ORDER**

2 IT IS SO FOUND AND ORDERED this 1st day of August, 2016.

3

4

5

6 Troy L. Nunley
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28