PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 19 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235-TLN |
| Plaintiff, | ORDER REGARDING CLASSIFIED MATERIALS SUBMITTED *EX PARTE* AND *IN CAMERA* BY THE GOVERNMENT |
| v. | |
| DUMITRU MARTIN et al., | |
| Defendant. | COURT: Hon. Troy L. Nunley |

**ORDER**

The Court has reviewed three pieces of information (referred to herein as Matter 1, Matter 2, and Matter 3) contained within two documents classified "SECRET" submitted on August 19, 2016, by the government for *ex parte, in camera* review pursuant to the Classified Information Procedures Act, 18 U.S.C. app. 3 (CIPA). The Court has further reviewed the government's brief submitted *ex parte* and *in camera* on the same date discussing Matters 1-3, and seeking a determination under Federal Rule of Criminal Procedure 16(d)(1) that Matters 1-3 do not need to be disclosed to the defense. In particular, the Court has reviewed Matters 1-3 to consider whether the information contained therein may constitute *Brady*, *Giglio*, or otherwise discoverable information that may be helpful to the defense in this case. After reviewing the submitted materials in the context of the indictment and the likely trial evidence in this case, the Court finds the following with respect to Matters 1-3:

///

Matter 1: _[signature]_      _____
           Not Discoverable      Discoverable

Matter 2: _[signature]_      _____
           Not Discoverable      Discoverable

Matter 3: _[signature]_      _____
           Not Discoverable      Discoverable

For any of Matters 1-3 above marked "Not Discoverable," the government's motion is hereby GRANTED, and the matter need not be disclosed to the defense. For any of Matters 1-3 marked "Discoverable" by the Court above, the government's motion is DENIED, and the government is directed to submit *in camera*, *ex parte*, a notice to the Court describing the manner, timing, and method by which it intends to disclose the information to the defense.

**Sealing and Preservation of Government's CIPA Motion and Attachments**

The Court further orders that entire text of the government's motion submitted on August 28, 2016 and all accompanying attachments shall not be disclosed to the defense and shall be sealed and preserved in the records of the Court to be made available to the appellate court in the event of an appeal.

IT IS SO FOUND AND ORDERED this 19th day of August, 2016.

_[signature]_
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE