JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

WILLIAM J. PORTANOVA, Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorneys for Defendant
DUMITRU MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUMITRU MARTIN,<br><br>Defendant. | No.  2:15-CR-0235-TLN<br><br>**STIPULATION AND ORDER**<br><br>Hon. Troy L. Nunley<br>U.S. District Judge |

Defendant, DUMITRU MARTIN, by and through his attorneys, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, hereby stipulate to extend the due date for the filing of defendant's motion for judgment of acquittal under Federal Rule of Criminal Procedure 29(c) and/or motion for new trial under Federal Rule of Criminal Procedure 33 from September 14, 2016 to October 12, 2016, to give the defense additional time to review and prepare such motions.

1    IT IS SO STIPULATED.

2   Dated:  September 14, 2016            Dated:   September 14, 2016

3

4   PHILLIP A. TALBERT
    Acting United States Attorney

5

6    /s/ *Michael Beckwith*                  /s/*John Balazs*
    MICHAEL BECKWITH                       JOHN BALAZS
    Assistant U.S. Attorney

7

8   Attorney for Plaintiff                 Attorney for Defendant
    UNITED STATES OF AMERICA               DUMITRU MARTIN

9

10                                  **ORDER**

11   IT IS SO ORDERED.

12  Dated:   September 14, 2016

13

14                                  _____
                                    Troy L. Nunley
15                                  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2