Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
DUMITRU MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUMITRU MARTIN,<br><br>Defendant. | Case No: 2:15-CR-00235 TLN<br><br>**STIPULATION AND ORDER REGARDING SENTENCING AND FOR ISSUANCE OF SCHEDULE FOR DISCLOSURE FOR PRESENTENCE REPORT** |

Defendant Dumitru Martin, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Todd Pickles, hereby stipulate as follows:

1. A sentencing hearing is scheduled in this matter for December 1, 2016 at 9:30 a.m. (Dkt #166).

2. By this stipulation, the parties agree that the sentencing hearing be continued January 26, 2017 at 9:30 a.m., or any time thereafter convenient to the

Court. The defendant has requested the change of the sentencing date in order to permit counsel, who recently joined the defense, to review the files and record in the case and become fully prepared to proceed with the hearing on the date to which it will be rescheduled. Defendant also wishes to bring information and materials to the attention of the United States Probation Department, through the undersigned counsel, in order to assist in the preparation of the presentence report. The government agrees to the appropriateness of continuing the imposition of Judgment and Sentence for that purpose.

    3.    By this stipulation, the parties request that the schedule for disclosure of Presentence Report and for filing of objections to the Presentence Report be modified to give all parties more time to prepare the Presentence Report, as follows:

        a.    The Proposed Presentence Report shall be disclosed to counsel no later than December 15, 2016;

        b.    Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than December 29, 2016;

        c.    The Presentence Report shall be filed with the court and disclosed to counsel no later than January 5, 2017;

        d.    Motion for correction of the Presentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than January 12, 2017; and

        e.    Reply or statement of non-opposition filed no later than January 19, 2017.

    4.    Based on the foregoing, the parties request that sentencing in this matter be continued to January 26, 2017 at 9:30 a.m.

///

///

1 | **IT IS SO STIPULATED.**

2 | Dated: October 6, 2016                    SEGAL & ASSOCIATES, PC

3

4 |                                           By:   /s/ Malcolm Segal_____
5 |                                                 MALCOLM SEGAL
  |                                                 Counsel for Defendant
6

7 | Dated: October 6, 2016                    BENJAMIN B. WAGNER
  |                                           United States Attorney
8

9
10 |                                          By:   /s/ Malcolm Segal for_____
   |                                                 TODD PICKLES
11 |                                                Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

**FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED** that the sentencing hearing scheduled for December 1, 2016, is continued to January 26, 2017, at 9:30 a.m. and that the schedule for disclosure of Presentence Report and for filing of objections to the Presentence Report be modified to accommodate the change of the date for the sentencing hearing as follows:

    a.    The Proposed Presentence Report shall be disclosed to counsel no later than December 15, 2016;

    b.    Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than December 29, 2016;

    c.    The Presentence Report shall be filed with the court and disclosed to counsel no later than January 5, 2017;

    d.    Motion for correction of the Presentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than January 12, 2017; and

    e.    Reply or statement of non-opposition filed no later than January 19, 2017.

October 6, 2016

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE