JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

WILLIAM J. PORTANOVA, Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorneys for Defendant
DUMITRU MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DUMITRU MARTIN,<br><br>　　　　　Defendant. | No.  2:15-CR-0235-TLN<br><br>**STIPULATION AND ORDER**<br><br>Date:  January 12, 2017<br>Time: 9:30 a.m.<br>Hon. Troy L. Nunley, U.S. District Judge |

　　　　Defendant, DUMITRU MARTIN, by and through his attorneys, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, hereby stipulate to extend the due date for the filing of defendant's motion for judgment of acquittal under Federal Rule of Criminal Procedure 29(c) and/or motion for new trial under Federal Rule of Criminal Procedure 33 as follows:

　　　　Defense motions for judgment of acquittal
　　　　　and/or a new trial due:　　　　　　　　　　　　　　　　　December 5, 2016

　　　　Government's responses to motions due:　　　　　　　　　December 19, 2016

| | |
|---|---|
| Defense reply briefs due: | January 4, 2017 |
| Hearing on motions: | January 12, 2017, 9:30 a.m. |

Defense counsel have ordered the trial transcripts and this request is to give the defense additional time to review and prepare such motions.

IT IS SO STIPULATED.

Dated:  October 11, 2016                                                            Dated:   October 11, 2016

PHILLIP A. TALBERT
Acting United States Attorney


 /s/ *Michael Beckwith*                                                              /s/*John Balazs*
MICHAEL BECKWITH                                                          JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                                                Attorney for Defendant
UNITED STATES OF AMERICA                                            DUMITRU MARTIN

## ORDER

IT IS SO ORDERED.

Dated:  October 11, 2016

_____
Troy L. Nunley
United States District Judge