PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
TODD A. PICKLES
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUMITRU MARTIN,<br><br>  Defendant. | 2:15-CR-00235-TLN<br><br>STIPULATION AND ORDER TO CONTINUE THE FORFEITURE HEARING FROM DECEMBER 1, 2016 TO JANUARY 26, 2017 |

The United States and defendant Dumitru Martin hereby request the Court to continue the forfeiture hearing from December 1, 2016 to January 26, 2017 at 9:30 a.m., to consolidate any forfeiture hearing with Martin's sentencing proceedings.

On August 31, 2016, Martin was found guilty of conspiracy to commit bribery and bribery of a public official.  Martin's sentencing is currently scheduled for January 26, 2017 at 9:30 a.m.  The United States is seeking forfeiture of $100,000 wired to a U.S. Bank Account.  The Court entered a Preliminary Order of Forfeiture on September 22, 2016, forfeiting the interest of Martin's co-defendants in this asset.

IT IS SO STIPULATED.

Dated:  11/3/16  

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

1

Dated:  11/2/16                            /s/ John Balazs
                                           JOHN BALAZS
                                           Attorney for Defendant

                                           (Authorized by phone)

## ORDER

Pursuant to the parties' request, the Court makes the following order:

The Forfeiture Hearing is hereby continued from December 1, 2016 to January 26, 2017 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: November 4, 2016

                                           _____
                                           Troy L. Nunley
                                           United States District Judge