PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS AND FOR CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER** |
| v. | |
| DUMITRU MARTIN, | |
| Defendant. | |

## STIPULATION

The United States, through Assistant United States Attorneys Todd A. Pickles and Michael M. Beckwith, and the defendant Dumitru Martin, through his counsel of record Malcolm Segal, hereby stipulate to, agree to, and request the following:

1. The United States shall respond to defendant's motion for a new trial, motion for judgment of acquittal, and motion for reconsideration of Rule 16 order on or before January 2, 2017.

2. Defendant may file a reply or replies to the prosecution's briefs on or before January 16, 2017.

3. The matter shall be heard at 9:30 a.m. on January 26, 2017 before the Honorable Troy L. Nunley.

Stipulation re: Briefing Schedule and J&S            1

4. The judgment and sentencing hearing, currently set for January 26, 2017, shall be continued to February 16, 2017, at 9:30 a.m. The dates for disclosure of the presentence investigation report, informal and formal objections thereto, and for the filing of any sentencing memorandum shall be reset to be consistent with the sentencing date of February 16, 2017.

IT IS SO STIPULATED AND REQUESTED.

Dated:  December 19, 2016                    PHILLIP A. TALBERT
                                             United States Attorney


                                             */s/ Todd A. Pickles*
                                             TODD A. PICKLES
                                             MICHAEL M. BECKWITH
                                             Assistant United States Attorneys


Dated:  December 19, 2016                    SEGAL & ASSOCIATES, PC


                                             */s/ Malcolm Segal*
                                             MALCOLM SEGAL
                                             For Defendant Dumitru Martin

### **ORDER**

For the reasons stated above and for good cause showing, the Court hereby ADOPTS the parties' stipulation and GRANTS the request to set a briefing schedule and to continue the judgment and sentencing to the dates set forth above.

IT IS SO FOUND AND SO ORDERED.

Dated: December 19, 2016

                                             _____
                                             Troy L. Nunley
                                             United States District Judge