PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
TODD A. PICKLES
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00235-TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE FORFEITURE HEARING FROM JANUARY 26, 2017 TO FEBRUARY 16, 2017 |
| DUMITRU MARTIN, | |
| Defendant. | |

The United States and defendant Dumitru Martin hereby request the Court to continue the forfeiture hearing from January 26, 2017 to February 16, 2017 to at 9:30 a.m., to consolidate any forfeiture hearing with Martin's sentencing proceedings.

On August 31, 2016, Martin was found guilty of conspiracy to commit bribery and bribery of a public official. Martin's sentencing is currently scheduled for January 26, 2017 at 9:30 a.m. The United States is seeking forfeiture of $100,000 wired to a U.S. Bank Account. The Court entered a Preliminary Order of Forfeiture on September 22, 2016, forfeiting the interest of Martin's co-defendants in this asset.

IT IS SO STIULATED.

Dated:  12/27/2016                                     PHILLIP A. TALBERT
                                                                          United States Attorney

                                                       By:   /s/ Kevin C. Khasigian
                                                                          KEVIN C. KHASIGIAN
                                                                          Assistant U.S. Attorney

1

Dated:   12/27/2016          /s/ John Balazs
                             JOHN BALAZS
                             Attorney for Defendant

                             (Authorized by phone)

## ORDER

Pursuant to the parties' request, the Court makes the following order:

The Forfeiture Hearing is hereby continued from January 26, 2017 to February 16, 2017 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: December 27, 2016

_____
Troy L. Nunley
United States District Judge