McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DUMITRU MARTIN,<br><br>        Defendant. | CASE NO. 2:15-CR-00235-TLN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on November 13, 2020. Docket No. 402. The government's response is due on November 20, 2020, with any reply from the defendant due on November 23, 2020.

2.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

        a)      The government's response to the defendant's motion to be filed on or before December 1, 2020;

Stipulation Re Briefing Schedule                    1

b) The defendant's reply to the government's response to be filed on or before December 8, 2020.

IT IS SO STIPULATED.

Dated: November 20, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: November 20, 2020

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
DUMITRU MARTIN

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 402, is due on or before December 1, 2020;

b) The defendant's reply to the government's response, if any, is due on December 8, 2020.

IT IS SO FOUND AND ORDERED this 20th day of November, 2020.

Troy L. Nunley
United States District Judge