McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| DUMITRU MARTIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 13, 2020. Docket No. 402. Pursuant to previously filed stipulation and order, the government's response is due on December 1, 2020, with any reply from the defendant due on December 8, 2020. Docket Nos. 405 and 406.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before

December 6, 2020;

      b)    The defendant's reply to the government's response to be filed on or before December 8, 2020 (no change).

IT IS SO STIPULATED.

Dated:  November 30, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney

Dated:  November 30, 2020

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
DUMITRU MARTIN

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 402, is due on or before December 6, 2020;

    b)    The defendant's reply to the government's response, if any, is due on December 8, 2020.

IT IS SO FOUND AND ORDERED this 1st day of December, 2020.

Troy L. Nunley
United States District Judge