1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  PO Box 1081
   El Dorado, CA  95623
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   DUMITRU MARTIN
6

7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-cr-00235-TLN

12 |                       Plaintiff, | STIPULATION REGARDING
                                      | SCHEDULE FOR DEFENDANT'S
13 | v.                               | MOTION TO REDUCE SENTENCE
                                      | UNDER 18 U.S.C. § 3582(c)(1)(A);
14 | DUMITRU MARTIN                   | FINDINGS AND ORDER

15 |                       Defendant.

16

17                    **STIPULATION**

18      The defendant, Dumitru Martin, by and through his counsel, Toni White, and the

19 Government, by and through its counsel, Paul Hemesath, hereby stipulate as follows:

20      1.     By previous order, the briefing schedule on this matter set the due date for

21 Defendant's Reply brief as December 8, 2020.

22      2.     Counsel for the Defendant was able to provide release plan information to Probation

23 today and would like additional time for the release plan information to be verified and for

24 Defendant's Reply brief to be filed.

25      3.     The Government does not oppose Defendant's request.

26      4.     Accordingly, by this stipulation, the parties jointly request that the Court amend the

27 briefing schedule to allow filing of Defendant's Reply brief on or before December 10, 2020.

28

STIPULATION RE BRIEFING SCHEDULE                    1

1     IT IS SO STIPULATED.

2

3 Dated:  December 8, 2020            PHILLIP A. TALBERT
                                                                    Acting United States Attorney

                                                                    /s/ PAUL HEMESATH
                                                                    PAUL HEMESATH
                                                                    Assistant United States Attorney

Dated:  December 8, 2020            /s/ TONI WHITE
                                                                    TONI WHITE
                                                                    Counsel for Defendant
                                                                    DUMITRU MARTIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of December, 2020.

                                                                    Troy L. Nunley
                                                                    United States District Judge