PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUMITRU MARTIN,<br>MARCELLE BANAGA,<br>CONSTANTIN SCHILLER, and<br>ANAMARIA CRUCERU,<br><br>Defendants. | 2:15-CR-00235-TLN<br><br>FINAL ORDER OF FORFEITURE |

On September 22, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Marcelle Banaga, Constantin Schiller, and Anamaria Cruceru forfeiting to the United States the following property:

        a.      $100,000 wired to U.S. Bank Account No. 1 523 1697 1489.

On April 7, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the Motion for Preliminary Order of Forfeiture and the guilty verdicts entered against defendant Dumitru Martin forfeiting to the United States the following property:

        a.      $100,000 wired to U.S. Bank Account No. 1 523 1697 1489.

1

Beginning on September 24, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Marcelle Banaga, Constantin Schiller, and Anamaria Cruceru on the official internet government forfeiture site www.forfeiture.gov.  Beginning on April 14, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Dumitru Martin on the official internet government forfeiture site www.forfeiture.gov.  Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Dumitru Martin, Marcelle Banaga, Constantin Schiller, and Anamaria Cruceru:

        a.      $100,000 wired to U.S. Bank Account No. 1 523 1697 1489, plus all accrued interest.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 26th day of May, 2021.

_____
Troy L. Nunley
United States District Judge

2