PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DUMITRU MARTIN,<br><br>        Defendant. | CASE NO.  2:15-CR-00235-TLN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a renewed motion for compassionate release on August 20, 2021, which was amended on August 23, 2021.  Docket Nos. 440, 443.  Pursuant to Local Rule the government's response is currently due August 27, 2021, and any defense reply due August 30, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

  a) The government's response to the defendant's motion to be filed on or before September 23, 2021;

STIPULATION RE BRIEFING SCHEDULE        1

1    b)    The defendant's reply to the government's response to be filed on or before

2    September 30, 2021.

3

4    IT IS SO STIPULATED.

5

6    Dated:  August 27, 2021                    PHILLIP A. TALBERT
                                                Acting United States Attorney
7

8                                               /s/ MICHAEL M. BECKWITH
                                                MICHAEL M. BECKWITH
9                                               Assistant United States Attorney

10

11   Dated:  August 27, 2021                    /s/ TONI WHITE
                                                TONI WHITE
12                                              Counsel for Defendant
                                                DUMITRU MARTIN
13

14

15                                    **ORDER**

16        Based upon the stipulation and representations of the parties, the Court adopts the following as a

17   revised briefing schedule regarding the defendant's motion for sentence reduction:

18        a)    The government's response to the defendant's motion, Docket No. 443, is due on or

19   before September 23, 2021;

20        b)    The defendant's reply to the government's response, if any, is due on September 30,

21   2021.

22

23        IT IS SO FOUND AND ORDERED this 27th day of August, 2021.

24

25

26

27                                              Troy L. Nunley
                                                United States District Judge
28