PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| DUMITRU MARTIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a renewed motion for compassionate release on August 20, 2021, which was amended on August 23, 2021. Docket Nos. 440, 443. The government's response is currently due September 23, 2021, and any defense reply due September 30, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before September 30, 2021;

   b) The defendant's reply to the government's response to be filed on or before October 7, 2021.

IT IS SO STIPULATED.

Dated:  September 15, 2021        PHILLIP A. TALBERT
                    Acting United States Attorney

                    /s/ MICHAEL M. BECKWITH
                    MICHAEL M. BECKWITH
                    Assistant United States Attorney

Dated:  September 15, 2021        /s/ TONI WHITE
                    TONI WHITE
                    Counsel for Defendant
                    DUMITRU MARTIN

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

 a) The government's response to the defendant's motion, Docket No. 443, is due on or before September 30, 2021;

 b) The defendant's reply to the government's response, if any, is due on October 7, 2021.

IT IS SO FOUND AND ORDERED this 15th day of September, 2021.

                    Troy L. Nunley
                    United States District Judge