TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
DUMITRU MARTIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUMITRU MARTIN<br><br>    Defendant. | CASE NO. 2:15-CR-00235 TLN<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE 18 U.S.C. § 3582(C)(1)(A); ORDER** |

The defendant, Dumitru Martin, by and through his counsel, Toni White, and the Government, by and through its counsel, Assistant United States Attorney Michael Beckwith, hereby stipulate as follows:

1. Mr. Martin filed a renewed motion for compassionate release on August 20, 2021. The Government filed its Opposition on September 30, 2021.

2. Mr. Martin's Reply brief is due October 7, 2021. The defense needs additional time to complete the review of the Government's Opposition and supporting documentation and to draft a Reply brief and is requesting an additional week. The Government does not oppose the defense request.

Stipulation and Order for Setting Briefing Schedule
and Extending Surrender Date

1

3. Accordingly, by this stipulation, the parties jointly request that the Court set the due date for Defendant's Reply brief as October 14, 2021.

IT IS SO STIPULATED.

Dated: October 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Toni White for
MICHAEL M. BECKWITH
Assistant U.S. Attorney

For the United States

Dated: October 6, 2021

By:  /s/ Toni White
TONI WHITE
For Defendant Dumitru Martin

**O R D E R**

IT IS SO FOUND AND ORDERED.

October 7, 2021

Troy L. Nunley
United States District Judge