UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUMITRU MARTIN,<br><br>Defendant. | No. 2:15-cr-00235-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant Dumitru Martin's ("Defendant") Renewed Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(C)(1)(A).  (ECF No. 443.)  The Government filed an opposition.  (ECF No. 449.)  Defendant filed a reply.  (ECF No. 453.)  For the reasons set forth below, the Court DENIES Defendant's motion.

On August 31, 2016, a jury found Defendant guilty of conspiracy to commit bribery in violation of 18 U.S.C. § 371 and bribery of a public official in violation of 18 U.S.C. § 201. (ECF No. 172.)  On April 6, 2017, the Court sentenced Defendant to a 156-month term of imprisonment to be followed by a 36-month term of supervised release.  (ECF No. 275.) Defendant is currently serving his sentence at Federal Correctional Institution ("FCI") Victorville Medium I.  He has served approximately 69 months of his sentence (ECF No. 449 at 2), and his projected release date is December 28, 2026 after application of good conduct time (*see* ECF No 449-1).

1    On November 13, 2020, Defendant filed a motion for compassionate release pursuant to
2 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 402.)  In his motion, Defendant requested the Court reduce
3 his term of imprisonment to time served due to the COVID-19 pandemic.  (*Id.* at 1.)  Defendant
4 claimed he is particularly vulnerable to COVID-19 due to his various medical conditions and the
5 current conditions of his confinement.  (*Id.* at 2.)

6    On November 19, 2020, the Court denied Defendant's request.  (ECF No. 423.)  The
7 Court noted that even assuming without deciding that Defendant satisfies the "extraordinary and
8 compelling" requirement based on his medical conditions, the 18 U.S.C. § 3553(a) factors
9 warranted denying the request.  (*Id.* at 4.)  On December 31, 2020, Defendant appealed the
10 Court's denial.  (ECF No. 425.)  The matter is currently pending before the Ninth Circuit.
11 Defendant filed a renewed motion for compassionate release on August 20, 2021 (ECF No. 440),
12 and then filed the instant amended motion on August 23, 2021 (ECF No. 443).  Defendant notes
13 "several key aspects" of his case have changed since the Court first denied his motion: (1)
14 Defendant was transferred to a private prison to recover from "nearly dying from COVID-19"
15 and then to FCI Victorville Medium I; (2) Defendant continues to have an "extreme risk" for
16 complications with COVID-19; (3) the Ninth Circuit's recent decision in *United States v. Aruda*,
17 993 F.3d 797 (9th Cir. 2021), means the Court is not bound by U.S. Sentencing Guidelines §
18 1B1.13; and (4) Defendant's sentence is disparately high in light of information defense counsel
19 received about Defendant's offer prior to trial and the sentences issued to his co-defendants.  (*See*
20 ECF No. 443.)

21    Defendant does not dispute that his pending appeal divests this Court of jurisdiction to
22 grant compassionate release.  *See United States v. Melkonyan*, No. 2:14-cr-0083-JAM, 2020 WL
23 2128591, at 1 (E.D. Cal. May 5, 2020) (citing *United States v. Ortega-Lopez*, 988 F.2d 70, 72
24 (9th Cir. 1993)).  Defendant appears to seek an indicative ruling under Federal Rule of Criminal
25 Procedure ("Rule") 37(a).  (ECF No. 443 at 2; ECF No. 453 at 1–2.)  Rule 37 provides in relevant
26 part that "[i]f a timely motion is made for relief that the court lacks authority to grant because of
27 an appeal that has been docketed and is pending, the court may: (1) defer considering the motion;
28 (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals

remands for that purpose or that the motion raises a substantial issue." Fed. R. Crim. P. 37(a). After carefully considering the parties' arguments, the Court exercises its discretion under Rule 37 to decline Defendant's request to provide an indicative ruling at this time and DENIES Defendant's renewed motion for compassionate release.

Accordingly, the Court hereby DENIES Defendant's Renewed Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(C)(1)(A).  (ECF No. 443.)

IT IS SO ORDERED.

Date:  October 21, 2021

Troy L. Nunley
United States District Judge