JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
DUMITRU MARTIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>DUMITRU MARTIN,<br><br>            Defendant. | Case No. 2:15-CR-0235-TLN<br><br>**ORDER**<br><br>Hon. Troy L. Nunley |

Upon application of the defendant Dumitru Martin, through counsel, and good cause being shown as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERD that defendant's Exhibit D to motion to reduce sentence (ECF No. 475) shall be SEALED until further order of the court.

Dated: February 21, 2025

_____
Troy L. Nunley
Chief United States District Judge