MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| DUMITRU MARTIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On February 20, 2025, the defendant filed a successive motion for compassionate release. Docket No. 475. Pursuant to Local Rule the government's response is currently due February 27, 2025, and any defense reply is due March 3, 2025.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before March 5, 2025;

b) The defendant's reply to the government's response to be filed on or before March 7, 2025.

IT IS SO STIPULATED.

Dated: February 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: February 25, 2025

/s/ JOHN BALAZS
JOHN BALAZS
Counsel for Defendant
DUMITRU MARTIN

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 475, is due on or before March 5, 2025;

b) The defendant's reply to the government's response, if any, is due on March 7, 2025.

IT IS SO FOUND AND ORDERED this 25th day of February, 2025.

_____
Troy L. Nunley
Chief United States District Judge